IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
WINSTON-SALEM DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>Defendant. | CIVIL ACTION NO: 1:26-cv-00608 |

**MOTION FOR ENTRY OF JOINT PROTECTIVE ORDER**

Plaintiff Equal Employment Opportunity Commission and Defendant Federal Express Corporation, jointly, move this Court to enter the Joint Protective Order, attached hereto as Exhibit "A". The Parties have conferred and agreed to the Joint Protective Order submitted herewith. The undersigned certifies that he has communicated with counsel for Defendant, and that counsel consents to the filing of this motion.

Dated this the 19th day of October, 2026.

Respectfully submitted:

**COUNSEL FOR PLAINTIFF,**
Equal Employment Opportunity Commission

*/s/ Gabriel O. Mondino*

Gabriel O. Mondino, Trial Attorney
Louisiana State Bar No. 31514
EEOC, Richmond Local Office
400 North 8th Street, Suite 350
Richmond, Virginia 23219
Tel: (804) 862-6916; Fax: (704) 954-6412
Email: gabriel.mondino@eeoc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed and served a copy of the foregoing Motion for Joint Protective Order, using the CM/ECF system, on all counsel of record:

**<u>COUNSEL FOR DEFENDANT</u>**

Gabriel P. McGaha
Federal Express Corporation
3620 Hacks Cross Road
Building B, 2nd Floor
Memphis, TN 38125
(901) 434-3131
gabriel.mcgaha@fedex.com

Rachael L. Mamula
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA 15108
(412) 759-9563
rachael.mamula@fedex.com

Theresa Sprain
Baker Donelson Bearman Caldwell & Berkowitz, PC
2235 Gateway Access Point, Suite 220
Raleigh, NC 27607
(984) 844-7941
tsprain@bakerdonelson.com

Dated this the 19th day of October, 2026

Respectfully submitted:

**COUNSEL FOR PLAINTIFF,**
Equal Employment Opportunity Commission

*<u>/s/ Gabriel O. Mondino</u>*
Gabriel O. Mondino, Trial Attorney
Louisiana State Bar No. 31514
EEOC, Richmond Local Office

400 North 8th Street, Suite 350
Richmond, Virginia 23219
Telephone: (804) 862-6916
Facsimile: (704) 954-6412
Email: gabriel.mondino@eeoc.gov